1020

No. 95–1843. ROBINETT v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–1850. WOODS v. WAL-MART ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1862. HARNISH ET UX. v. KEYSTONE FARM CREDIT. Super. Ct. Pa. Certiorari denied.

No. 95–1870. EBERWIEN v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 95–1876. LEVIN v. ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, SUPREME COURT OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1877. WILLIAMS v. AIR WISCONSIN, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–1892. KNAPP v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1899. HARVEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–1900. EXXON CHEMICAL PATENTS, INC., ET AL. v. LUBRIZOL CORP. C. A. Fed. Cir. Certiorari denied.

No. 95–1903. TIBOLT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–1907. SAENZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–1909. JACKSON ET UX. v. RUBIN, SECRETARY OF THE TREASURY. C. A. 11th Cir. Certiorari denied.

No. 95–1921. SARNO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1923. AMIGABLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.